**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| PATRICIA NELSON,<br>*Plaintiff,*<br>v.<br>BAYER CORPORATION, BARR LABORATORIES, INC., and THE RUGBY GROUP, INC.,<br>*Defendants.* | Case No. CV 01-102 (RHK/JMM) |

**JOINT STIPULATION** and ORDER **FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**WHEREAS** Defendants recently removed the above-captioned case to this Court;

**WHEREAS** this case is one of over thirty related lawsuits filed in state and federal courts across the United States, many of which have been transferred to the Eastern District of New York for coordinated or consolidated pre-trial proceedings as part of the *Ciprofloxacin Hydrochloride Antitrust Litigation* (MDL Docket No. 1383) (the "MDL Proceeding");

**WHEREAS** Defendants have informed the Judicial Panel on Multidistrict Litigation of the pendency of this case, and anticipate that the action will be transferred as part of the MDL Proceeding;

**WHEREAS** Plaintiff and Defendants agree that the expected transfer of this case warrants an extension of time within which Defendants must respond to the Complaint; and

**WHEREAS** there have been no previous requests for an extension;

FEB 06 2001
CLERK

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants with the consent of their counsel, that the time that Defendants Bayer Corporation, Barr Laboratories, Inc., and The Rugby Group, Inc. shall have to respond to the Complaint in the above-captioned matter shall be extended until the date that Defendants must respond to the Consolidated Amended Complaint in the MDL Proceeding, or twenty days after a ruling on any motion to remand.

DATED THIS 5th day of February, 2001.

Respectfully submitted,

HEINS MILLS & OLSON, P.L.C.

By: Daniel E. Gustafson (by Rah)
Daniel E. Gustafson, #202241
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

*Attorneys for Plaintiff*

LINDQUIST & VENNUM P.L.L.P.

By: Mark A. Jacobson
Mark A. Jacobson, #188943
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
Telephone: (612) 371-2488
Facsimile: (612) 371-3207

*Attorneys for Defendant Barr Laboratories, Inc. and Submitted on Behalf of All Defendants*

Karen N. Walker, Esq.
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
*for Barr Laboratories, Inc.*

Jonathan L. Greenblatt, Esq.
Shearman & Sterling
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 508-8097
*for The Rugby Group, Inc.*

Phillip A. Proger, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
*for Bayer Corporation*

Fred H. Bartlit, Esq.
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard Street
Chicago, Illinois 60610
(312) 494-4400
*for Bayer Corporation*

SO ORDERED, this 5 day of February, 2001.

[signature]
Magistrate Judge John M. Mason



Doc# 1362792\1