**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Patricia Nelson,

Plaintiff,

v.

Bayer Corporation, Barr Laboratories, Inc., and The Rugby Group, Inc.,

Defendants.

Case No. CV 01-102 (RHK/JMM)

**JOINT STIPULATION AND ORDER FOR STAY OF ALL PROCEEDINGS**

---

WHEREAS the above-captioned matter is one of many cases filed across the country related to the drug Ciprofloxacin Hydrochloride ("Cipro"); and

WHEREAS there has been a petition filed with the Multidistrict Litigation Panel ("MDL") to consolidate all of the Cipro cases in one district;

WHEREAS the MDL has transferred the cases to the Eastern District of New York for coordinated and consolidated pretrial proceedings as part of the Ciprofloxacin Hydrochloride Antitrust Litigation (MDL Docket No. 1383) (the "MDL Proceeding");

WHEREAS the parties have notified the MDL of this action and anticipate that this case will be transferred to the MDL Proceeding as a tag-along action;

FEB 13 2001
FRANCIS E. DOSAL, CLERK

WHEREAS the parties agree that this matter should be stayed until the MDL panel rules on the expected transfer.

IT IS HEREBY ORDERED THAT: this matter is STAYED accordingly.

Respectfully submitted,

Dated: February 12, 2001

Daniel E. Gustafson (#202241)
HEINS MILLS & OLSON, P.L.C.
700 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
(612) 338-4605
(612) 338-4692

**Attorney for Plaintiff**

Dated: February 12, 2001

Mark A. Jacobson (#188943)
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 371-2488
(612) 371-3207

**Attorney for Defendant Barr Laboratories, Inc. and Submitted on Behalf of All Defendants**

SO ORDERED, this 12 day of February, 2001.

Magistrate Judge John M. Mason

29205.1